UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WALTER GRAY,<br><br>                    Plaintiff,<br><br>          v.<br><br>PASADENA POLICE DEPT., et al.,<br><br>                    Defendants. | Case No. 2:23-07293 MRA (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, (Dkt. No. 1), and the Report and Recommendation of United State Magistrate Judge, (Dkt. No. 33). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.   The Report and Recommendation is accepted, (Dkt. No. 33);

2.   The Complaint is dismissed without leave to amend; and

3. Judgment is to be entered accordingly.

DATED: March 24, 2025

_____
THE HONORABLE MÓNICA RAMÍREZ ALMADANI
United States District Judge