JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC WALTER GRAY, | Case No. 2:23-07293 MRA (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| PASADENA POLICE DEPT., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: March 24, 2025

_____
THE HONORABLE MÓNICA RAMÍREZ ALMADANI
United States District Judge